the proceedings to the commissioner of the department of housing and buildings of the city of New York for the determination of an appropriate punishment in connection with that charge. [198 Misc. 369.]

■

WEST INDIA SALES, LIMITED, Respondent, v. LEONARD SCHMERER et al., Copartners Doing Business under the Name of LEONARD SCHMERER & Co., Appellants.— In our opinion the issues herein involved should not be disposed of without plenary trial. Order, granting plaintiff's motion for summary judgment and striking out the answer and directing a hearing for the assessment of damages, unanimously reversed and the motion denied, without costs. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

■

WEST INDIA SALES, LIMITED, Respondent, v. LEONARD SCHMERER et al., Copartners Doing Business under the Name of LEONARD SCHMERER & Co., Appellants.— Order, denying defendants' motion for summary judgment, unanimously affirmed, without costs. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

■

In the Matter of the Accounting of EDWARD F. BUSCHOLD, as Executor of HERMAN FENSTERER, Deceased, Respondent. LUCY FENSTERER, as Executrix of RICHARD FENSTERER, Deceased, Appellant. In the Matter of the Application to Fix Compensation of MILLER, BRETZFELDER & BOARDMAN, Attorneys, for Services Rendered to EDWARD F. BUSCHOLD, as Executor of HERMAN FENSTERER, Deceased. ETHEL FITZ GIBBON et al., Appellants; EDWARD F. BUSCHOLD, Respondent.— Decree and order unanimously affirmed, with costs to all parties appearing and filing briefs herein payable out of the estate. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

■

EUGENE BURR et al., Respondents, v. AMERICAN NATIONAL THEATRE AND ACADEMY et al., Appellants.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

■

ISIDOR SCHWARTZ, Respondent, v. A. SORRENTINO CORP., Appellant.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion for summary judgment denied. It would appear that the final judgment to be rendered in this case would rest, to some extent, on the equities of the situation. These should not be decided on a motion for summary judgment. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

■

FLORENCE HANSEN, as Administratrix of the Estate of JOHN A. HANSEN, Deceased, Appellant, v. CITY OF NEW YORK et al., Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

■

HARRY BARONIAN, Respondent, v. THOMAS J. McDONOUGH, as Ancillary Executor of PATRICK B. MULKERN, Deceased, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.